IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN HENRY DEAN, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 108-092 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss is **GRANTED**, Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction, and this civil action is **CLOSED**.

SO ORDERED this 4th day of June, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE